# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

YOU WALK AWAY, LLC, a California corporation

vs

CRISIS MANAGEMENT LLC, an Arizona corporation, and WALK AWAY PLAN LLC, a business entity of unknown form

FILED
2008 MAR 21 PM 12:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    KNK  DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0529 WQH BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Richard A. Clegg, Esq.
Nicholas S. Barnhorst, Esq.
Seltzer Caplan McMahon Vitek
750 B Stree, Ste. 2100
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

K. HIMBERLY

By _____, Deputy Clerk

MAR 21 2008
DATE