1  SELTZER, CAPLAN, McMAHON, VITEK, A LAW CORPORATION

2  750 "B" STREET, 2100 SYMPHONY

3  SAN DIEGO, CA. 92101

4  619-685-3003

5

6                    UNITED STATES DISTRICT COURT

7                   SOUTHERN DISTRICT OF CALIFORNIA

8

9  YOU WALK AWAY, LLC.,           ) Case No. 08 CV 0529 WQH BLM
                                  )
10         PLAINTIFF,              ) PROOF OF SERVICE
                                  )
11      vs.                        )
                                  )
12  CRISIS MANAGEMENT, LLC, et al., )
                                  )
13         DEFENDANT,              )
                                  )
14
   _____

15

16     I, JON C. MORRIS, declare as follows:

17     I am over the age of eighteen years and not a party to this

18  action. I am employed in the County of San Diego, California,

19  where the service occurred and my business address is 2250

20  Fourth Avenue, San Diego, CA 92101.

21     I served the following documents:

22     SUMMONS IN A CIVIL ACTION; COMPLAINT

23  //

24  //

25  //


                        PROOF OF SERVICE - 1

RICHARD A. CLEGG, ESQ. (SBN 211213)
SELTZER, CAPLAN, McMAHON, VITEK, A LAW CORPORATION
750 "B" ST. 2100 SYMPHONY
SAN DIEGO CA 92101
619-685-3003   Ref. No.   : 1101954-01
Attorney for : PLAINTIFF   Atty. File No.   : 13998.63596

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF : YOU WALK AWAY, LLC. | | Case No.: 08 CV 0529 WQH BLM |
| DEFENDANT : CRISIS MANAGEMENT, LLC, et al. | | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT

3. a. Party served   :   CRISIS MANAGEMENT LLC, an Arizona corporation
                          AUTHORIZED AGENT FOR SERVICE: SARA HELBERT
   b. Person served   :   SARA HELBERT
                          (STATUTORY AGENT/AUTHORIZED AGENT)

4. Address where the party was served   6006 N. 83RD AVENUE   STE. 203
                                         GLENDALE, AZ 85303   (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on March 26, 2008  (2) at: 01:11 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:   CRISIS MANAGEMENT LLC, an Arizona corporation
                      AUTHORIZED AGENT FOR SERVICE: SARA HELBERT
   under [xx] CCP 416.10  (corporation)

7. **Person who served papers**
   a. JON C. MORRIS
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700
   d. Fee for service: $165.75
   e. I am:
      (3) a registered California process server
         (i) an employee
         (ii) Registration No. 152
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 2, 2008

Signature:   SEE ATTACHED NOTARIZED AFFIDAVIT
             JON C. MORRIS

Jud. Coun. form, rule 982.9
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

# Affidavit of Process Server

United States District Court  Southern District of California
(NAME OF COURT)

You Walk Away LLC    vs   Crisis Management LLC, Walk Away Plan LLC    08 CV 0529 WQH BLM
PLAINTIFF/PETITIONER        DEFENDANT/RESPONDENT                          CASE NUMBER

I, Jon Morris, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Crisis Management LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons in a civil action; Complaint

by leaving with Sara Helbert / Statutory Agent / Stated authorized to accept    At
NAME                        RELATIONSHIP

☐ Residence _____
           ADDRESS                  CITY / STATE

☑ Business  6006 North 83rd Avenue Suite 203 Glendale, AZ 85303
           ADDRESS                  CITY / STATE

On 03/26/2008                     AT 1:10 PM
   DATE                              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                              DATE
from _____
     CITY     STATE     ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1)_____  (2)_____
                                                   DATE     TIME        DATE     TIME
(3)_____  (4)_____  (5)_____
   DATE     TIME        DATE     TIME          DATE     TIME

**Description:** Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

_Jon Morris_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this  31  day of  March , 20 08 by  Jon Morris,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

OFFICIAL SEAL
JOSEPH E. PERRY
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Aug. 26, 2011

_Joseph Perry_
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of  Arizona



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS