SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
Cynthia A. Fissel, SBN 164153
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone:   (619) 233-4100
Fax Number:  (619) 231-4372
fissel@shlaw.com

James S. Rigberg, Pro Hac Vice (Arizona Bar No. 015267)
MARISCAL, WEEKS, McINTYRE
     & FRIEDLANDER, P.A.
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Telephone:   (602) 285-5000
Fax Number:  (602) 285-5100
Jim.rigberg@mwmf.com

Attorneys for Defendant, CRISIS MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOU WALK AWAY, LLC, a California limited liability company,, <br><br> Plaintiff, <br><br> v. <br><br> CRISIS MANAGEMENT, LLC, an Arizona corporation, and WALK AWAY PLAN, LLC, a business entity of unknown form, <br><br> Defendants. | Case No. 08 CV 0529 WQH BLM <br><br> **NOTICE OF MOTION OF CRISIS MANAGEMENT, LLC TO DISMISS, STAY, OR TRANSFER VENUE TO THE DISTRICT OF ARIZONA** <br><br> [NO ORAL ARGUMENT UNLESS REQUESTED BY COURT] <br><br> Date:  May 19, 2008 <br> Time:  11:00 a.m. <br> Crtm.:  4 <br> Judge: Hon. William Q. Hayes |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on May 19, 2008, at 11:00 a.m., in Courtroom 4 of the above-entitled court, located at 940 Front Street, San Diego, California, Defendant Crisis Management, LLC will, and hereby does, move for an order pursuant to Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. § 1404 to dismiss, stay or transfer venue of this action to the United States District Court for the District of Arizona.

1 | The motion will be made on the ground that a complaint involving the same parties and issues has already been filed in the United States District Court for the District of Arizona. Under the well-settled first to file rule, this action should be dismissed, stayed or transferred to the District of Arizona.

The motion will be based on this notice of motion, the declarations of Paul Helbert and James S. Rigberg and the exhibits thereto, and the memorandum of points and authorities served and filed concurrently herewith, on the complaint and other records on file herein, and on such other and further evidence as may be presented at the hearing of this motion.

Dated:    April 14, 2008

MARISCAL, WEEKS, McINTYRE
& FRIEDLANDER, P.A.

AND

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

By: *(signature)*
Cynthia A. Fissel
Attorneys for Defendant
CRISIS MANAGEMENT, LLC