1 | SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
2 | Cynthia A. Fissel, SBN 164153
550 West "C" Street, Suite 1500
3 | San Diego, California 92101
Telephone:     (619) 233-4100
4 | Fax Number:  (619) 231-4372
fissel@shlaw.com
5 |
James S. Rigberg, Pro Hac Vice (Arizona Bar No. 015267)
6 | MARISCAL, WEEKS, McINTYRE
        & FRIEDLANDER, P.A.
7 | 2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
8 | Telephone:     (602) 285-5000
Fax Number:  (602) 285-5100
9 | Jim.rigberg@mwmf.com
Attorneys for Defendant, CRISIS MANAGEMENT, LLC
10 |

11 | **UNITED STATES DISTRICT COURT**

12 | **SOUTHERN DISTRICT OF CALIFORNIA**

13 | YOU WALK AWAY; LLC, a California
limited liability company,,
14 |
                            Plaintiff,
15 |
        v.
16 |
CRISIS MANAGEMENT, LLC, an
17 | Arizona corporation, and WALK AWAY
PLAN, LLC, a business entity of unknown
18 | form,
19 |                         Defendants.
20 |

Case No. 08 CV 0529 WQH BLM

**PROOF OF SERVICE**

Date:     May 19, 2008
Time:     11:00 a.m.
Ctrm:     4

Judge:     Hon. William Q. Hayes

21 |         IT IS HEREBY CERTIFIED THAT:

22 |         I, Sandi Garcia, am a citizen of the United States and am at least eighteen years of age.  My

23 | business address is 550 West "C" Street, Suite 1500, San Diego, California 92101.

24 |         I am not a party to the above-entitled action.  I have caused service of the following

25 | documents:

26 |         1.     NOTICE OF MOTION OF CRISIS MANAGEMENT, LLC TO DISMISS, STAY,
                    OR TRANSFER VENUE TO THE DISTRICT OF ARIZONA;
27 |

28 |

2.     MEMORANDUM IN SUPPORT OF MOTION TO DISMISS, STAY, OR TRANSFER VENUE TO THE DISTRICT OF ARIZONA;

3.     DECLARATION OF PAUL HELBERT IN SUPPORT OF CRISIS MANAGEMENT, LLC'S MOTION TO DISMISS, STAY, OR TRANSFER VENUE TO THE DISTRICT OF ARIZONA; and

4.     DECLARATION OF JAMES S. RIGBERG IN SUPPORT OF CRISIS MANAGEMENT, LLC'S MOTION TO DISMISS, STAY, OR TRANSFER VENUE TO THE DISTRICT OF ARIZONA

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notified them.

1.     Nicholas S. Barnhorst, Seltzer Caplan McMahon & Vitek, 750 "B" Street, Suite 2100, San Diego, CA 92101-8177

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1.     Nicholas S. Barnhorst, Seltzer Caplan McMahon & Vitek, 750 "B" Street, Suite 2100, San Diego, CA 92101-8177

2.     James S. Rigberg, Mariscal, Weeks, McIntyre, Friedlander, P.A., 2901 North Central Avenue, Suite 200, Phoenix, AZ 85012

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2008.

_____
Sandi Garcia