1 | SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
2 | Cynthia A. Fissel, SBN 164153
550 West "C" Street, Suite 1500
3 | San Diego, California 92101
Telephone:   (619) 233-4100
4 | Fax Number:  (619) 231-4372
fissel@shlaw.com

James S. Rigberg, Pro Hac Vice (Arizona Bar No. 015267)
MARISCAL, WEEKS, McINTYRE
       & FRIEDLANDER, P.A.
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Telephone:   (602) 285-5000
Fax Number:  (602) 285-5100
Jim.rigberg@mwmf.com

Attorneys for Defendant, CRISIS MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOU WALK AWAY, LLC, a California limited liability company,, | Case No. 08 CV 0529 WQH BLM |
| Plaintiff, | **NOTICE OF MOTION OF CRISIS MANAGEMENT, LLC TO DISMISS, STAY, OR TRANSFER VENUE TO THE DISTRICT OF ARIZONA** |
| v. | |
| CRISIS MANAGEMENT, LLC, an Arizona corporation, and WALK AWAY PLAN, LLC, a business entity of unknown form, | **[NO ORAL ARGUMENT UNLESS REQUESTED BY COURT]** |
| Defendants. | Date:   May 19, 2008<br>Time:   11:00 a.m.<br>Crtm.:  4<br>Judge:  Hon. William Q. Hayes |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on May 19, 2008, at 11:00 a.m., in Courtroom 4 of the above-entitled court, located at 940 Front Street, San Diego, California, Defendant Crisis Management, LLC will, and hereby does, move for an order pursuant to Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. § 1404 to dismiss, stay or transfer venue of this action to the United States District Court for the District of Arizona.

1    The motion will be made on the ground that a complaint involving the same parties and
2 issues has already been filed in the United States District Court for the District of Arizona.  Under
3 the well-settled first to file rule, this action should be dismissed, stayed or transferred to the District
4 of Arizona.

5    The motion will be based on this notice of motion, the declarations of Paul Helbert and
6 James S. Rigberg and the exhibits thereto, and the memorandum of points and authorities served and
7 filed concurrently herewith, on the complaint and other records on file herein, and on such other and
8 further evidence as may be presented at the hearing of this motion.

10 Dated:      April 14, 2008             MARISCAL, WEEKS, McINTYRE
                                          & FRIEDLANDER, P.A.

                                          AND

                                          SULLIVAN, HILL, LEWIN, REZ & ENGEL
                                          A Professional Law Corporation


                                          By:    */s/ Cynthia A. Fissel*
                                                 Cynthia A. Fissel
                                                 Attorneys for Defendant
                                                 CRISIS MANAGEMENT, LLC