Richard A. Clegg, Esq. (SBN 211213)
Nicholas S. Barnhorst, Esq. (SBN 241794)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone:     (619) 685-3003
Facsimile:     (619) 685-3100

Attorneys for Plaintiff YOU WALK AWAY, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOU WALK AWAY, LLC, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CRISIS MANAGEMENT LLC, an Arizona corporation, and WALK AWAY PLAN LLC, a business entity of unknown form, <br><br> Defendants. | CASE NO. 08 CV 0529 WQH BLM <br><br> **DECLARATION OF CHAD RUYLE IN SUPPORT OF PLAINTIFF YOU WALK AWAY, LLC'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, STAY, OR TRANSFER VENUE TO THE DISTRICT OF ARIZONA** |

I, Chad Ruyle, declare:

1.     I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, would be competent to testify thereto.

2.     I am one of the founding members of You Walk Away, LLC ("You Walk Away"), a California limited liability company.

3.     You Walk Away provides foreclosure information and services via the website www.youwalkaway.com, and identifies its services with the name "You Walk Away."

4.     On March 8, 2008, I called the Walk Away Plan phone number found on its website, www.walkawayplan.com. I left a message requesting that someone return my phone call. I did not receive a response to this phone message.

5.    After two days, on March 10, 2008, I again left a message at the general phone number found at Walk Away Plan's website.

6.    On March 11, 2008, I was able to speak with Paul Helbert, the general manager of Crisis Management, LLC, which operates Walk Away Plan. I informed Mr. Helbert that I was very reasonable and wanted to resolve You Walk Away's dispute with Crisis Management without resorting to litigation, if possible. Mr. Helbert said to me that he too wanted to "work something out" and avoid a lawsuit. Mr. Helbert asked if he could have an additional day to respond because, he said, his attorneys were looking into the issues raised in our "cease and desist" letter. Mr. Helbert also told me that he was considering our demand that he change the Walk Away Plan name and website.

7.    On March 12, 2008, I wrote to Walk Away Plan's general email address, to Paul's attention, summarizing our phone conversation from the previous day. In my email, I stated that I wished to speak with him regarding the You Walk Away trademark and that I would prefer to work something out without resorting to litigation. (A true and correct copy of my email to Paul Helbert dated March 12, 2008, is attached as Exhibit "1".)

8.    Mr. Helbert responded to my email by calling me on the afternoon of March 12, 2008. Mr. Helbert stated that he needed to speak with his attorneys and would respond to the issues raised in my email the following day.

9.    I received no further communication from Mr. Helbert.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 5, at San Diego, California.

_Chad Ruyle_
Chad Ruyle

DECLARATION OF CHAD RUYLE IN SUPPORT OF PLAINTIFF YOU WALK AWAY, LLC'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, STAY, OR TRANSFER VENUE TO DISTRICT OF ARIZONA

**From:** chad
**Sent:** Wednesday, March 12, 2008 3:28 PM
**To:** 'info@walkawayplan.com'
**Subject:** *Urgent* Please Pass on to Paul

Paul,

   As we discussed on the phone yesterday, March 11, 2008, I feel very confident you are infringing on our trademark name of You Walk Away.   I would like to work something out without resorting to litigation.  You indicated on the phone that you would call me today.  I have called twice, and both times you were busy.  I would ask that you call me by the end of the day so that we can resolve this, otherwise I will have to heed the advice of my attorneys.

Chad R. Ruyle, Esq.
Ruyle & Brewer
8880 Rio San Diego Drive, Suite 1000
San Diego, California 92108
Phone:  (619) 291-5958
Fax:    (619) 291-5979
www.ruylebrewer.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

This electronic transmission, and any documents attached hereto, may contain confidential and/or legally privileged information.  The information is intended only for use by the recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.

====================================================================================
==

EXHIBIT    1