| | | |
|---|---|---|
| Richard A. Clegg (SBN 211213)<br>Nicholas S. Barnhorst (SBN 241794)<br>SELTZER CAPLAN MCMAHON VITEK<br>2100 Symphony Towers, 750 "B" Street<br>San Diego, CA 92101 | TELEPHONE NO.<br>(619) 685-3003 | COURT USE ONLY |
| ATTORNEY FOR Plaintiff YOU WALK AWAY, LLC | | |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLAINTIFF: YOU WALK AWAY, LLC | JUDGE:<br>DEPT: |
| DEFENDANT(S): CRISIS MANAGEMENT LLC, et al. | DATE:<br>TIME: |
| **CERTIFICATE OF SERVICE BY ELECTRONIC MAIL** | CASE NO.: 3:08-cv-0529 WQH B LM |

I, Anna Gateley-Stanton, declare that: I am over the age of 18 years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, where the service occurs; and my business address is 2100 Symphony Towers, 750 B Street, San Diego, CA 92101.

On today's date, I caused to be served the following document(s): Plaintiff You Walk Away, LLC's Opposition To Defendants' Motion To Dismiss, Stay, Or Transfer Venue To The District Of Arizona; Declaration of Nicholas S. Barnhorst in Support of Plaintiff You walk Away LLC's Opposition to Defendants' Motion to Dismiss, Stay, or Transfer Venue to the District of Arizona; and Declaration of Chad Ruyle in Support of Plainitff You walk Away LLC's Opposition to Defendants' Motion to Dismiss, Stay, or Transfer Venue to the District of Arizona

by electronic mail as follows:

**Cynthia A Fissel**      fissel@shlaw.com      (counsel for Defendant CRISIS MANAGEMENT)
                          garcia@shlaw.com

In addition, I served a copy by first class mail addressed as follows:

**James S. Rigberg**
Mariscal Weeks McIntrye & Friedlander PA
2901 North Central Avenue, Suite 200
Phoenix, AZ 85012

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 5, 2008, at San Diego, California.

*[signature]*

Anna Gateley-Stanton, PLS, CCLS