SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
Cynthia A. Fissel, SBN 164153
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone:   (619) 233-4100
Fax Number:  (619) 231-4372
fissel@shlaw.com

James S. Rigberg, Pro Hac Vice (Arizona Bar No. 015267)
MARISCAL, WEEKS, McINTYRE
     & FRIEDLANDER, P.A.
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Telephone:   (602) 285-5000
Fax Number:  (602) 285-5100
Jim.rigberg@mwmf.com

Attorneys for Defendant, CRISIS MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOU WALK AWAY, LLC, a California limited liability company,, <br><br>　　　　Plaintiff, <br><br> v. <br><br> CRISIS MANAGEMENT, LLC, an Arizona corporation, and WALK AWAY PLAN, LLC, a business entity of unknown form, <br><br>　　　　Defendants. | Case No. 08 CV 0529 WQH BLM <br><br> **SUPPLEMENTAL DECLARATION OF JAMES S. RIGBERG IN SUPPORT OF CRISIS MANAGEMENT, LLC' S MOTION TO DISMISS, STAY, OR TRANSFER VENUE TO THE DISTRICT OF ARIZONA** <br><br> Date:　May 19, 2008 <br> Time:　11:00 a.m. <br> Crtm.:　4 <br> Judge: Hon. William Q. Hayes |

I, James S. Rigberg, declare as follows:

　　1.　I submit this Declaration to respond to allegations contained in the Declaration of Nicholas S. Barnhorst in Support of Plaintiff You Walk Away, LLC's Opposition to Defendants' Motion to Dismiss, Say, or Transfer Venue to Arizona (the "Barnhorst Declaration").

　　2.　As set forth in the Barnhorst Declaration, ¶ 3, on March 13, 2008, I received a call on my cellular telephone from Mr. Barnhorst. I advised Mr. Barnhorst that he had called my cell phone and that I would call him back on my office telephone in a few minutes.

3. A few minutes later, my partner, David Bray, and I called back Mr. Barnhorst.

4. Mr. Barnhorst advised that he had contacted Paul Helbert of Crisis Management, L.L.C. had advised that it had retained me and my firm as counsel with respect to the allegations contained in You Walk Away, L.L.C.'s February 29, 2008 letter, that Crisis Management's use of certain marks infringed on You Walk Away's rights.

5. Mr. Barnhorst inquired as Crisis Management's response to You Walk Away's allegations. I advised that, consistently with what Mr. Helbert had already told You Walk Away's representatives a day or so earlier, Crisis Management had not infringed or otherwise violated You Walk Away's rights. I explained that Crisis Management had begun using its marks in commerce prior to You Walk Away using its marks. I also explained that the You Walk Away marks were descriptive and that no evidence existed that these marks had acquired secondary meaning.

6. Before I finished explaining Crisis Management's position, Mr. Barnhorst interjected that You Walk Away believed it had evidence that Crisis Management's website was based on You Walk Away's source code. Mr. Barnhorst was suggesting that, in addition to any trademark infringement claims based upon Crisis Management's use of the Walk Away Plan marks, You Walk Away believed that it may have copyright infringement claims based on Crisis Management's website. You Walk Away did not mention any such claims in its February 29, 2008 letter.

7. I advised Mr. Barnhorst that I was not advised about any copyright infringement claims and that to respond to the allegations he was making on the telephone, I would, at minimum, need to discuss the matter with my client. The conversation then concluded.

8. At no time did I request that Mr. Barnhorst (or his client) provide me or Crisis Management with additional time to respond to any allegations, let alone the allegations contained in the February 29, 2008 letter concerning the Walk Away Plan or You Walk Away marks or any potential trademark infringement claims.

1  I declare under penalty of perjury under the laws of the United States and the State of
2  California that the foregoing matters are true and correct and that this declaration was executed on
3  May 9th, 2008 at Phoenix, Arizona.

*[Signature]*

James S. Rigberg