1  SULLIVAN, HILL, LEWIN, REZ & ENGEL
   A Professional Law Corporation
2  Cynthia A. Fissel, SBN 164153
   550 West "C" Street, Suite 1500
3  San Diego, California 92101
   Telephone:    (619) 233-4100
4  Fax Number:  (619) 231-4372
   fissel@shlaw.com
5
   James S. Rigberg, Pro Hac Vice (Arizona Bar No. 015267)
6  MARISCAL, WEEKS, McINTYRE
         & FRIEDLANDER, P.A.
7  2901 North Central Avenue, Suite 200
   Phoenix, Arizona 85012-2705
8  Telephone:    (602) 285-5000
   Fax Number:  (602) 285-5100
9  Jim.rigberg@mwmf.com
   Attorneys for Defendant, CRISIS MANAGEMENT, LLC
10

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOU WALK AWAY, LLC, a California limited liability company,, | Case No. 08 CV 0529 WQH BLM |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Date:    May 19, 2008<br>Time:    11:00 a.m.<br>Ctrm:    4 |
| CRISIS MANAGEMENT, LLC, an Arizona corporation, and WALK AWAY PLAN, LLC, a business entity of unknown form, | Judge:    Hon. William Q. Hayes |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

I, Sandi Garcia, am a citizen of the United States and am at least eighteen years of age. My business address is 550 West "C" Street, Suite 1500, San Diego, California 92101.

I am not a party to the above-entitled action. I have caused service of the following documents:

1.  REPLY MEMORANDUM IN SUPPORT OF CRISIS MANAGEMENT, LLC'S MOTION TO DISMISS, STAY, OR TRANSFER VENUE TO THE DISTRICT OF ARIZONA

2. SUPPLEMENTAL DECLARATION OF JAMES S. RIGBERG IN SUPPORT OF CRISIS MANAGEMENT, LLC'S MOTION TO DISMISS, STAY, OR TRANSFER VENUE TO THE DISTRICT OF ARIZONA

3. SUPPLEMENTAL DECLARATION OF PAUL HELBERT IN SUPPORT OF CRISIS MANAGEMENT, LLC'S MOTION TO DISMISS, STAY, OR TRANSFER VENUE TO THE DISTRICT OF ARIZONA

4. DECLARATION OF CYNTHIA A. FISSEL IN SUPPORT OF CRISIS MANAGEMENT, LLC'S MOTION TO DISMISS, STAY, OR TRANSFER VENUE TO THE DISTRICT OF ARIZONA

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notified them.

1. Nicholas S. Barnhorst, Seltzer Caplan McMahon & Vitek, 750 "B" Street, Suite

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2008.

_____
Sandi Garcia