# UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101–8900
Phone: (619) 557–5600
Fax: (619) 702–9900

W. Samuel Hamrick, Jr.,
Clerk of Court

August 6, 2008

Clerk, U.S. District Court
District of Arizona
405 West Congress Street
Tucson, AZ 85701–1380

Re: You Walk Away, LLC v. Crisis Management LLC, et al., Case No. 3:08–cv–00529–WQH–BLM

Dear Sir or Madam:

Pursuant to Order transferring the above−entitled action to your District, we are electronically transmitting herewith our entire original file.

> Sincerely yours,
>
> W. Samuel Hamrick, Jr.,
> Clerk of the Court
>
> By: s/ L. Odierno, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: