

azddb_responses@azd.uscourts.gov

08/08/2008 08:52 AM

To InterdistrictTransfer_CASD@casd.uscourts.gov

cc

bcc

Subject Transferred case has been opened

```
CASE: 3:08-cv-00529

DETAILS: Case transferred from California Southern
has been opened in DISTRICT OF ARIZONA
as case 2:08-cv-01460, filed 08/08/2008.
```