**UNITED STATES DISTRICT COURT**
DISTRICT OF ARIZONA
OFFICE OF THE CLERK

RICHARD H. WEARE
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

RONNIE HONEY
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

MICHAEL S. O'BRIEN
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

August 8, 2008

TO: All Parties/Counsel of Record



RE: <u>You Walk Away, LLC vs Crisis Management LLC., et al.,</u>
3:08cv-00529

Dear Parties/Counsel of Record:

The above mentioned cause of action has been received in this district and has been assigned to the Honorable Roslyn O Silver for all further proceedings. All future pleadings should now list the following complete case number **CV 08-1460 PHX-ROS.**

If any documents have been filed in 3:08-cv-00529 since the transfer of this case, please arrange with the Clerk there to send them to this office for filing. All pending matters must be renoticed before this Court.

Sincerely,

**RICHARD H. WEARE, DCE/CLERK**

S/ Linda S Patton
Deputy Clerk

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

**Other Events**
2:08-cv-01460-ROS You Walk Away, LLC v. Crisis Management LLC et al

U.S. District Court

DISTRICT OF ARIZONA

**Notice of Electronic Filing**

The following transaction was entered on 8/8/2008 at 9:02 AM MST and filed on 8/8/2008
**Case Name:** You Walk Away, LLC v. Crisis Management LLC et al
**Case Number:** 2:08-cv-1460
**Filer:**
**Document Number:** 12

**Docket Text:**
**Letter from United States District Court, District of Arizona re transfer of 3:08-cv-00529 from United States District Court, Southern District of California. (LSP)**

**2:08-cv-1460 Notice has been electronically mailed to:**

James Samuel Rigberg  jim.rigberg@mwmf.com

**2:08-cv-1460 Notice will be sent by other means to those listed below if they are affected by this filing:**

Cynthia A Fissel
Sullivan Hill Lewin Rez and Engel
550 West C Street
Suite 1500
San Diego, CA 92101-3540

Nicholas Scott Barnhorst
Seltzer Caplan McMahon Vitek
750 B Street
2100 Symphony Towers
San Diego, CA 92101-8177

Richard A Clegg
Seltzer Caplan McMahon Vitek
750 B Street
2100 Symphony Towers
San Diego, CA 92101-8177

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=8/8/2008] [FileNumber=3129362-0]
[7fd6a9ee022809383a099b987684d49de5bdf9824840ad16fe829668a8cd45a5b237
850595f4632968785f800bce2393bd3b444344c8fb4d133279c3c00bd2b1]]